# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK G. IRELAND, | Case No. 1:13-cv-01686-LJO-SKO |
| Plaintiff. | **ORDER AFTER SETTLEMENT** |
| v. | |
| GROPETTI AUTOMOTIVE; GROPETTI LTD. INC., VISALIA TOYOTA; and DOES 1-25, inclusive, | |
| Defendants. | |

On August 11, 2014, Plaintiff Patrick Ireland ("Plaintiff") filed a Notice of Settlement indicating the parties in this matter have reached a settlement. (Doc. 12.)

Accordingly, pursuant to Local Rule 160 of the United States District Court, Eastern District of California, the Court ORDERS the parties, **by no later than September 1, 2014,** to file appropriate pleadings to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

//

//

1

1 | The Court VACATES all pending matters and dates.  The parties are cautioned that a failure to comply with this order may be grounds for the imposition of sanctions on counsel or any party who violate this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

Dated:   **August 20, 2014**                       **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE