# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK G. IRELAND,<br><br>  Plaintiff,<br><br>  vs.<br><br>GROPPETTI AUTOMOTIVE;<br>GROPPETTI LTD., INC.; VISALIA<br>TOYOTA; and DOES 1 – 25, inclusive,<br><br>  Defendants. | Case No.  1:13-cv-01686-LJO-SKO<br><br>**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Judge:     Hon. Lawrence J. O'Neill<br>Courtroom:  4<br><br>Complaint Filed:  October 17, 2013 |

Pursuant to the stipulation of all parties and Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed in its entirety with prejudice. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 22, 2014**          /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

- 1 -

___
ORDER RE STIPULATION OF DISMISSAL